UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ABBELEN MAXIUS,                                              :
                              Plaintiff,                     :
                                                             :    21 Civ. 10422 (LGS)
                -against-                                    :
                                                             :    ORDER
MOUNT SINAI HEALTH SYSTEMS INC., et                          :
al.,                                                         :
                                                             :
                              Defendants.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference in this action was held by telephone on May 11, 2022. It is hereby

    **ORDERED** that, by **May 26, 2022**, Defendants shall produce to Plaintiff the documents and information required by the Initial Discovery Protocols for Employment Cases Alleging Adverse Action ("Initial Discovery Protocols") pursuant to the Court's Individual Rule I.A.3. It is further

    **ORDERED** that, within **two weeks** of the appointment of counsel for Plaintiff as set forth below, Plaintiff shall produce to Defendants the documents and information required by the Initial Discovery Protocols pursuant to the Court's Individual Rule I.A.3. It is further

    **ORDERED** that the parties shall participate in mediation through the Court's Mediation Program, pursuant to the Order at Dkt. No. 11. Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. It is further

    **ORDERED** that, the Clerk of Court shall attempt to locate *pro bono* counsel to represent the plaintiff at the mediation. *Pro bono* counsel will contact Plaintiff directly.[1] The time to

---

[1] Volunteer attorneys are a scarce resource. If Plaintiff chooses not to work with the attorney or law-school clinic designated for this matter, Plaintiff's options are to obtain counsel on her own or proceed pro se (without an attorney) in all aspects of this matter including mediation.

assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. *Pro bono* counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.  It is further

**ORDERED** that, other than the production required by the Initial Discovery Protocols and any exchange of documents or information that may be ordered by the assigned mediator, discovery in this action is **STAYED** until further order of the Court.

Dated: May 13, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE