Plaintiff's motion for sanctions is DENIED.  Defendants responded to Plaintiff's prior discovery requests that were within the scope of the employment protocols in accordance with the Order at Dkt. No. 40.  Plaintiff has not stated any good-faith basis to believe that Defendants have withheld responsive documents in Defendants' possession, custody or control.

Defendant's application to bar Plaintiff from making further motions without Court permission is DENIED.

By **August 16, 2022**, the parties shall file a joint letter if possible, or separate letters if necessary, updating the Court on the status of mediation, including whether both parties remain open to mediation on the basis of the discovery that has already been exchanged and any other discovery ordered by the mediator.

Dated: August 10, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Maxius v. Mount Sinai Health Systems, Inc., et al.
      <u>21 Civ. 10422 (LGS)</u>

Dear Judge Schofield:

On behalf of our clients, Mount Sinai Beth Israel (named herein as "Mount Sinai Health System, Inc." and "Mount Sinai Beth Israel"), Judith Block, and Christopher Berner, we write in response to *pro se* Plaintiff's letter to the Court, dated August 10, 2022, seeking sanctions.  Specifically, we write to inquire whether the Court would like us to submit a substantive response to Plaintiff's frivolous motion.  In addition, and in light of Plaintiff's repeated conduct in filing such motions with the Court, we request that Plaintiff not be permitted to make any further motions absent Court permission.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Ms. Abbelen Maxius (via ECF)

akerman.com