

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/2023

January 30, 2023



**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:    Maxius v. Mount Sinai Health Systems, Inc., et al.
          21 Civ. 10422 (LGS) (BM)**

Dear Judge Moses:

On behalf of our clients, Mount Sinai Beth Israel (named herein as "Mount Sinai Health System, Inc." and "Mount Sinai Beth Israel"), Judith Block, and Christopher Berner (collectively, "Defendants"), I write to request that the joint status report, due on January 31, 2023 (ECF No. 72), be held in abeyance.  The parties have a discovery conference before the Court scheduled for January 31, 2023 at 11:00 a.m. to resolve outstanding discovery issues. Accordingly, Defendants request that the joint status report be submitted after the conference.

Respectfully submitted,

*/s/ Rory J. McEvoy*
Rory J. McEvoy

cc:    Ms. Abbelen Maxius (via ECF)
       David Elsberg, Esq., Masha Simonova, Esq., and Laura King, Esq., Counsel for Plaintiff
            for the limited purpose of depositions (via ECF)

---

Application GRANTED. The Court shall set a deadline for the joint status report at the conference. SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
January 30, 2023