UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAXIUS,

                       Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEMS INC., et al.,

                       Defendant.
-------------------------------------------------------------X

21 Civ. 10422 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a premotion conference was scheduled for April 12, 2023, at 4:20 pm;

    WHEREAS, on April 11, 2023, Magistrate Judge Moses granted in part the parties' application for an extension of fact discovery until May 26, 2023; It is hereby

    **ORDERED** that the premotion conference scheduled for April 12, 2023, is adjourned to **June 7, 2023**, at **4:20 p.m.**

Dated: April 11, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**