```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ABBELEN MAXIUS,

        Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEMS INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/26/2023

21-CV-10422 (LGS) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter-motion, dated May 24, 2023, seeking a discovery conference (Dkt. 101), and defendants' response, dated May 25, 2023, which was incorrectly filed as a letter-motion. (Dkt. 102.)

    Plaintiff's letter-motion is DENIED without prejudice to filing in compliance with ¶ 4 of this Court's February 1, 2023 Order (Dkt. 85), which (among other things) required the parties to present any remaining discovery dispute in the form of "a single joint letter-motion, which may not exceed four pages (exclusive of attachments)."

    The joint letter-motion must be filed no later than **June 2, 2023**. If counsel cannot work out amongst themselves when to confer, in good faith and real time, in a final effort to resolve their dispute without judicial intervention, they shall do so by telephone at **noon on May 31, 2023**. If no resolution is reached, the Court expects the parties to use their four pages to address the merits of the present dispute, which centers on whether defendant waived the attorney-client privilege by producing the "4:13 email," and, if so, the scope of the waiver. Additionally, the Court requires that defendants (a) update their privilege log (Dkt. 102-6) to include the information required by Local Civ. R. 26.2(a)(2)(B) with respect to each oral communication as to which a privilege instruction was given at the recent Berner, Block, and Truss depositions; and (b) attach the updated privilege log to the joint letter.

    The Court will conduct an in-person discovery conference on **June 6, 2023, at 2:30 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. Defendants shall bring to the conference, for potential *in camera* review by the Court, complete and unredacted copies of the four documents listed on defendants' current privilege log.

    This Order resolves the motions at Dkts. 101 and 102.

Dated: New York, New York
       May 26, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**