UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAXIUS,

                    Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEMS INC., et al.,

                    Defendant.
-------------------------------------------------------------X

21 Civ. 10422 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a premotion conference is scheduled for June 7, 2023, at 4:20 pm;

WHEREAS, an in-person discovery conference before Magistrate Judge Moses was held on June 6, 2023.  Judge Moses declined to extend discovery in this matter;  It is hereby

**ORDERED** that the premotion conference scheduled for June 7, 2023, is adjourned to **June 28, 2023**, **at 4:20 p.m.**  A party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter by **June 14, 2023**, in the form provided in the Court's Individual Rule III.A.1.  Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule by **June 21, 2023**.  To join the conference, the parties shall call (888) 363-4749 and use access code 558-3333.

Dated: June 6, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**