USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABBELEN MAXIUS,

                    Plaintiff,

          -against-

MOUNT SINAI HEALTH SYSTEMS INC.,
et al.,

                    Defendants.

21-CV-10422 (LGS) (BCM)

**ORDER REGARDING
DISCOVERY**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's discovery conference, it is hereby

ORDERED that the relief requested by plaintiff in the letter-motion dated June 2, 2023 (Dkt. 104)

is DENIED.

Dated: New York, New York
          June 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**