UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAXIUS,
                               Plaintiff,

             -against-                       21 Civ. 10422 (LGS)

MOUNT SINAI HEALTH SYSTEMS INC., et al.,                       ORDER

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a premotion conference was held on June 28, 2023;

    WHEREAS, a referral to a Magistrate Judge for settlement conference will issue separately. The referral will be to a Magistrate Judge other than Judge Moses, who oversaw discovery in this matter. It is hereby

    **ORDERED** that within one week of the settlement conference, the parties shall file a joint letter stating whether the case has been resolved, or whether the parties plan to proceed with briefing on a motion for summary judgment. If the latter, the parties shall propose a briefing schedule that closely follows: three weeks for Defendant to file the motion, four weeks for Plaintiff to respond and ten days for Defendant to reply.

Dated: June 28, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE