UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABBELEN MAXIUS,

        Plaintiff,

v.

MOUNT SINAI HEALTH SYSTEMS, INC.;
MOUNT SINAI BETH ISRAEL;
CHRISTOPHER D. BERNER, JD; and
JUDITH S. BLOCK,

        Defendants.

**NOTICE OF WITHDRAWAL**

21 Civ. 10422 (LGS) (RWL)

**MEMO ENDORSED**

**PLEASE TAKE NOTICE** that I, Rachel Slepoi, hereby request the withdrawal of my appearance on behalf of Plaintiff Abbelen Maxius in the above-captioned matter. Beginning on July 17, 2023, I will no longer be associated with the law firm of Selendy Gay Elsberg PLLC. My new position requires my withdrawal. *See* Code of Conduct for Judicial Employees, Canon 4.D(3)(b).

**PLEASE TAKE FURTHER NOTICE** that David Elsberg and Maria (Masha) Simonova of Selendy Gay Elsberg PLLC continue to represent Plaintiff Abbelen Maxius.

Dated: New York, NY
       July 14, 2023

Respectfully submitted,

SELENDY GAY ELSBERG PLLC

By:   /s/    *Rachel Slepoi*
Rachel Slepoi
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
rslepoi@selendygay.com

*Attorney for Plaintiff Abbelen Maxius*

---

The Clerk of Court is respectfully directed to terminate attorney Slepoi as counsel of record for plaintiff. SO ORDERED.

Barbara Moses
United States Magistrate Judge
July 14, 2023