Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Masha Simonova
Associate
212.390.9000
msimonova@selendygay.com

July 19, 2023

**Via ECF**

Hon. Lorna G. Schofield
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:   *Maxius v. Mount Sinai Health Systems, Inc., et al.*, No. 21 Civ. 10422 (LGS) (BCM) (S.D.N.Y.)

Dear Judge Schofield:

Plaintiff in the above-titled action submits this letter respectfully requesting the Court to withdraw its referral to Judge Lehrburger for a settlement conference and proceed to summary judgment briefing. Plaintiff was initially receptive to the mediation process to efficiently resolve this dispute without further litigation. However, the distance between the parties' acceptable settlement ranges renders mediation futile. Accordingly, rather than expend the Court's and Defendants' resources, Plaintiff would prefer to proceed directly to summary judgment.

Pursuant to this Court's order of June 29, 2023, ECF No. 110, Plaintiff sought to file a joint letter. Defendants refused the request.

Defendants proposed the following briefing schedule, which Plaintiff does not oppose:

1. Defendants' motion for summary judgment due by August 18, 2023

2. Plaintiff's opposition to Defendants' motion due by September 15, 2023

3. Defendants' reply in support of summary judgment due by September 29, 2023

---

*[Handwritten signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Plaintiff's request to withdraw the referral for a settlement conference is DENIED. The parties shall proceed with the settlement conference scheduled for August 23, 2023, and make a good-faith effort to reach an agreement. If, after the settlement conference is held, no agreement is reached, the parties shall file a <u>joint</u> letter proposing a briefing schedule for a motion on summary judgment that closely follows: three weeks for Defendant to file the motion, three weeks for Plaintiff to respond and ten days for Defendant to reply.

So Ordered.

Dated: July 20, 2023
New York, New York

Hon. Lorna G. Schofield
July 19, 2023

      Respectfully submitted,

      */s/ Masha Simonova*

      Masha Simonova

cc:    Ms. Abbelen Maxius    (via ECF)
       All Counsel of Record    (via ECF)