UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABBELEN MAXIUS,

                Plaintiff,

-against-                                    21 **CIVIL 10422 (LGS)**

                                                                 **JUDGMENT**

MOUNT SINAI HEALTH SYSTEMS INC., et al.,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 12, 2024, Defendants' motion for summary judgment is GRANTED as to Plaintiff's Title VII and § 1981 claims. The Court declines to exercise supplemental jurisdiction over the NYCHRL, NYSHRL and defamation claims. Plaintiff's letter motion for oral argument is DENIED as moot. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2024

                                                            **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                                **BY:**  _____
                                                           **Deputy Clerk**