UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBELEN MAXIUS,<br><br>              Plaintiff,<br><br>   -against-<br><br>MOUNT SINAI HEALTH SYSTEMS INC., et al.,<br><br>             Defendants. | 21-CV-10422 (LGS) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed plaintiff's letter-motion, dated July 31, 2025 (Dkt. 153), which the Court construes as a motion to seal the docket in its entirety. Defendants must submit any response no later than **August 14, 2025**.

Dated: New York, New York
         August 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**